# EXHIBIT A



**U.S. Equal Employment Opportunity Commission**
**Houston District Office**
Mickey Leland Building
1919 Smith Street, 7th Floor
Houston, TX 77002

## NOTICE OF CHARGE OF DISCRIMINATION

(This Notice replaces EEOC FORM 131)

### DIGITAL CHARGE SYSTEM

September 28, 2021

**To:** Jeffrey Jones
Shareholder
LITTLER MENDELSON, P.C.
Starbucks@littler.com

This is notice that a charge of employment discrimination has been filed with the EEOC against your organization by Christopher R. Perkins, under: Title VII of the Civil Rights Act (Title VII) and The Americans with Disabilities Act (ADA). The circumstances of the alleged discrimination are based on Religion, Color, Retaliation, Disability, and Race, and involve issues of Discharge and Terms/Conditions that are alleged to have occurred on or about Sep 13, 2019 through Oct 15, 2020.

The Digital Charge System makes investigations and communications with charging parties and respondents more efficient by digitizing charge documents. The charge is available for you to download from the EEOC Respondent Portal, EEOC's secure online system.

Please follow these instructions to view the charge within ten (10) days of receiving this Notice:

1. Access EEOC's secure online system: **https://nxg.eeoc.gov/rsp/login.jsf**
2. Enter this EEOC Charge No.: **460-2021-03074**
3. Enter this temporary password: **wb3297qi**

Once you log into the system, you can view and download the charge, and electronically submit documents to EEOC. The system will also advise you of possible actions or responses, and identify your EEOC point of contact for this charge.

If you are unable to log into the EEOC Respondent Portal or have any questions regarding the Digital Charge System, you can send an email to HoustonIntake@EEOC.GOV.

**Preservation of Records Requirement**

EEOC regulations require respondents to preserve all payroll and personnel records relevant to the charge until final disposition of the charge or litigation. 29 CFR §1602.14. For more information on your obligation to preserve records, see http://www.eeoc.gov/employers/recordkeeping.cfm.

**Non-Retaliation Requirements**

The laws enforced by the EEOC prohibit retaliation against any individual because s/he has filed a charge, testified, assisted or participated in an investigation, proceeding or hearing under these laws. Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made. For more information, see http://www.eeoc.gov/laws/types/facts-retal.cfm.

**Legal Representation**

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please provide the attorney's contact information when you log in to the online system.

Please retain this notice for your records.



**Charge of Discrimination**      User Guide    Logout

**Your Organization: STARBUCKS CORPORATION**
**Your EEOC contact is : Edith Banda , edith.banda@eeoc.gov**

[ Update Respondent Information ]

**Contacts** ⓘ

[ Add Organization Contact ]

Jeffrey Jones (Primary)
Shareholder
LITTLER MENDELSON, P.C.
c/o Littler Mendelson, GSC
2301 Mcgee Street, 8th Floor
Kansas City, MO 64108
Starbucks@littler.com
Update   Delete

[ Add Legal Representative ]
No records found.

| Notice | No Action is required from you at this time. |
|---|---|

**Charge: 460-2021-03074**

The charge of employment discrimination that has been filed against your organization by **Christopher R. Perkins**, Charge No. *460-2021-03074* is available for you to view. Please click here to open and view a copy of the charge.

Statutes and circumstances of alleged discrimination:

- The Americans with Disabilities Act (ADA)
  ◦ Disability
  ◦ Retaliation
- Title VII of the Civil Rights Act (Title VII)
  ◦ Color
  ◦ Race
  ◦ Religion
  ◦ Retaliation

**Charge Documents**

[ Upload Documents ]

Notice of Charge
(Notice of Charge)
     Sep 28, 2021

Signed Charge of Discrimination
(Charge of Discrimination)
     Sep 28, 2021

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 460-2021-03074 |

**TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| **CHRISTOPHER R PERKINS** | **832-682-5181** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **2912 WICHITA ST, HOUSTON,TX 77004** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **STARBUCKS CORPORATION** | **501+** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **2401 UTAH AVE S, MS: S-LA2, SEATTLE, WA 98134** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☒ RACE  ☒ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **09-13-2019**   Latest: **10-15-2020**
☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

**I started working at Starbucks in 2018 and returned against in December 2011. Since 2019, I have been subjected harassment, difference in treatment, and disciplinary action. I filed several grievances with Human Resources, but they did not thoroughly investigation my claims and dismissed them. In retaliation the hostile work environment continued and then my work hours were reduced. I have recorded situations like prevention of using restroom facilities, hostile environment where intense scrutiny was placed upon me, given drastically shorter breaks, drastically shorter hours, and limited scope of opportunity for positions. I was told I was loud or troublesome which another employee, Netta (dark complexioned) was told she was 'loud' and 'sassy' and 'ill tempered. Other individuals (nearly all other light complexioned persons) were allowed long breaks far beyond the policy given time. I was not given breaks, or given shorter breaks than the policy stated time, and publicly reprimanded for it in front of other customers/workers.**

**There are many more examples, too many to list here. I have a spreadsheet of over 70**

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Christopher R Perkins on 09-28-2021 02:20 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>460-2021-03074 |
|---|---|---|
| TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION | | and EEOC |
| *State or local Agency, if any* | | |

situations (with dates, times, names, descriptions) of discrimination (race/color, religion/creed, and/or disability), retaliation, and/or harassment. I was even told I wasnt a real Jewish person by Melissa Morris. Even when moving to a different store (same district) the DM stated that they did not want to 'trouble' another DM with my disability and refused to move me to a different district. The DM was tired of my complaints. I received two disciplinary actions in which I requested a review of but was denied. I was made an 'example of' on many occasions, and this was confirmed in a meeting with Store Manager, Melissa Morris, in January 2020. I was terminated in October 2020 for being in the one area authorized by the Store Manager to take breaks. Others including the Store Manager, Genet (mixed race), have brought non-employees of Starbucks into the room and remained employed.

I believe I was discriminated against because of my race (mixed: black, Asia, white, Native American), color (flush), religion (Jewish), and retaliated in violation of Title VII of the Civil Rights Act of 1964, as amended; and because of my disability as defined by the Americans with Disabilities Act of 990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally signed by Christopher R Perkins on 09-28-2021 02:20 PM EDT** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

Case 4:21-cv-04189   Document 8-1   Filed on 03/28/22 in TXSD   Page 8 of 9

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.